UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAYON KING,

       Plaintiff,

Case No. 1:14-CV-1019

v.

Hon. Gordon J. Quist

AARON RUTGERS, et al.,

       Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 5, 2016, which recommended that the Court grant in part and deny in part Defendants' motion for summary judgment. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed April 5, 2016 (ECF No. 85) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 74) is **GRANTED in part and DENIED in part** as outlined in the Report and Recommendation.

Dated: May 6, 2016

                                                    /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE